B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meltser, Marina** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5766** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**26557 W. Nippersink**<br>**Ingleside, IL**<br>ZIP Code **60041** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ☐ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Meltser, Marina** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** __/s/ Alex Pirogovsky__                        __May  5, 2013__  Signature of Attorney for Debtor(s)          (Date)  **Alex Pirogovsky 6256978** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Meltser, Marina** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marina Meltser**
Signature of Debtor **Marina Meltser**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May  5, 2013**
Date

### Signature of Attorney*

X **/s/ Alex Pirogovsky**
Signature of Attorney for Debtor(s)

**Alex Pirogovsky 6256978**
Printed Name of Attorney for Debtor(s)

**Pirogovsky Fremderman, Ltd.**
Firm Name

**3000 Dundee Road**
**Suite 318**
**Northbrook, IL 60062**

Address

**Email: alex@pflaw1.com**
**(847) 465-9800  Fax: (847) 580-4951**
Telephone Number

**May  5, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Marina Meltser**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                              Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Marina Meltser**
                       **Marina Meltser**

Date:   **May  5, 2013**

B6D (Official Form 6D) (12/07)

In re    **Marina Meltser**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xxxxxx3987**<br><br>**Bmo Harris Bank**<br>**PO Box 94034**<br>**Palatine, IL 60094** | | - | | Opened 12/05/07  Last Active  9/28/10<br><br>Second Mortgage<br><br>26557 W. Nippersink<br>Ingleside, IL | | | | | |
| | | | | Value $               **250,000.00** | | | | **57,962.00** | **57,962.00** |
| Account No. **xxxxxxxx2136**<br><br>**Flagstar Bk**<br>**5151 Corporate Drive**<br>**Troy, MI 48098** | | - | | Opened 12/01/04<br><br>Purchase Money Security<br><br>26557 W. Nippersink<br>Ingleside, IL | | | | | |
| | | | | Value $               **250,000.00** | | | | **268,292.00** | **18,292.00** |
| Account No. **xxxxxx0019**<br><br>**Providnt Fnd**<br>**1235 N. Dutton Ave**<br>**Santa Rosa, CA 95401** | | - | | Opened  5/01/09  Last Active  9/01/09<br><br>Purchase Money Security<br><br>619 Cobblestone Lane<br>Buffalo Grove IL 60089 | | | | | |
| | | | | Value $               **375,000.00** | | | | **388,713.00** | **13,713.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal<br>(Total of this page) | **714,967.00** | **89,967.00** |
| | Total<br>(Report on Summary of Schedules) | **714,967.00** | **89,967.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Marina Meltser**                                                                  ,   Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     **Marina Meltser**                                                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx xx-xx0888** | | - | | | **Medical** | | | | |
| **Advanced Radiology Consultants** 520 E. 22nd St. Lombard, IL 60148 | | | | | | | | | 101.00 |
| Account No. **xx4277** | | - | | | **Collection Tcf National Bank II** | | | | |
| **American Collections** 919 Estes Ct Schaumburg, IL 60193 | | | | | | | | | 1,131.00 |
| Account No. **xxxxxxxxxxxx4873** | | - | | | **Opened  9/01/92 CreditCard** | | | | |
| **Amex** P.O. Box 981537 El Paso, TX 79998 | | | | | | | | | 1,026.00 |
| Account No. **xxxxxxxxxxxx0903** | | - | | | **Opened  8/04/92 Credit Card** | | | | |
| **Amex** PO Box 297871 Fort Lauderdale, FL 33329 | | | | | | | | | 4,956.00 |
| __8__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 7,214.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marina Meltser**                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx4633** <br><br> **Amex** <br> **PO Box 297871** <br> **Fort Lauderdale, FL 33329** | - | | **Opened 5/19/92** <br> **Credit Card** | | | | 1,230.00 |
| Account No. **xxxxxxxxxxxx6313** <br><br> **Amex** <br> **PO Box 297871** <br> **Fort Lauderdale, FL 33329** | - | | **Opened 5/28/92** <br> **Credit Card** | | | | 585.00 |
| Account No. **XXXXX41000** <br><br> **Amex** <br> **PO Box 26312** <br> **Lehigh Valley, PA 18002** | - | | | | | | 1,158.95 |
| Account No. **xxxx-xxxxxx-x1008** <br><br> **Amex** <br> **PO Box 297871** <br> **Fort Lauderdale, FL 33329** | - | | | | | | Unknown |
| Account No. **xxxx-xxxxxx-x1009** <br><br> **Amex** <br> **PO Box 297871** <br> **Fort Lauderdale, FL 33329** | - | | | | | | Unknown |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,973.95

B6F (Official Form 6F) (12/07) - Cont.

In re __Marina Meltser_____,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxxxx-x1006** | | - | | | | | | | |
| **Amex** **PO Box 297871** **Fort Lauderdale, FL 33329** | | | | | | | | | **Unknown** |
| Account No. **xxxxxx1961** | | - | | | Collection The Ear Nose Throat Center | | | | |
| **Armor Systems Co** **1700 Kiefer Dr Ste 1** **Zion, IL 60099** | | | | | | | | | **146.00** |
| Account No. **xxxxx9811** | | - | | | Factoring Company Account Wells Fargo / Crystal Palace I | | | | |
| **Asset Acceptance Llc** **Po Box 1630** **Warren, MI 48090** | | | | | | | | | **4,389.00** |
| Account No. **5214** | | - | | | Opened 3/03/06 | | | | |
| **Bank Of America** **PO Box 982235** **El Paso, TX 79998** | | | | | | | | | **1,433.00** |
| Account No. **1539** | | - | | | Opened 6/01/04 Credit Card | | | | |
| **Bk Of Amer** **4060 Ogletown/Stan De5-019-03-07** **Newark, DE 19713** | | | | | | | | | **8,519.00** |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,487.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Marina Meltser**_____,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **8154** | | | | Opened 11/01/07 Credit Card | | | | |
| Bk Of Amer 4060 Ogletown/Stan De5-019-03-07 Newark, DE 19713 | - | | | | | | | |
| | | | | | | | | 5,495.00 |
| Account No. **xxxxxxx8463** | | | | Opened 8/26/10 Collection Bank Of America N.A. | | | | |
| Cach, Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | - | | | | | | | |
| | | | | | | | | 9,483.00 |
| Account No. **xxxxxxxx9072** | | | | Opened 8/26/10 Collection Bank Of America N.A. | | | | |
| Cach, Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | - | | | | | | | |
| | | | | | | | | 6,079.00 |
| Account No. **xxxxxxx5319** | | | | Opened 4/01/02 | | | | |
| Cap One PO Box 30281 Salt Lake City, UT 84130 | - | | | | | | | |
| | | | | | | | | 9,322.00 |
| Account No. **xxxxxxx0847** | | | | Opened 10/25/10 Credit Card | | | | |
| Cap One PO Box 85520 Richmond, VA 23285 | - | | | | | | | |
| | | | | | | | | 7,496.00 |

Sheet no. __**3**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    37,875.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marina Meltser**                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx7668**  <br><br>**Cap One**  <br>**PO Box 85520**  <br>**Richmond, VA 23285** | - | | | | **Opened 12/23/02**  <br>**Credit Card** | | | | 7,169.00 |
| Account No. **xxxxxxx4143**  <br><br>**Chase**  <br>**Bank One Card Serv**  <br>**800 Brooksedge Blvd.**  <br>**Westerville, OH 43081** | - | | | | **Opened  4/01/04**  <br>**CreditCard** | | | | 5,295.00 |
| Account No. **xxxxxxx0332**  <br><br>**Citifinancial**  <br>**PO Box 22065**  <br>**Tempe, AZ 85285** | - | | | | **Opened 11/01/08**  <br>**Charge Account** | | | | 2,603.00 |
| Account No. **xxxxxxxxxxx3755**  <br><br>**Citifinancial**  <br>**300 Saint Paul Pl**  <br>**Baltimore, MD 21202** | - | | | | **Opened 11/01/08**  <br>**Charge Account** | | | | 2,813.00 |
| Account No.  <br><br>**Cyclone Services**  <br>**c/o Joseph B. Taconi, Jr., Esq.**  <br>**1807 N. Broadway**  <br>**Melrose Park, IL 60160** | - | | | | | | | | 3,145.00 |

Sheet no. __4___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      **21,025.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marina Meltser**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7094** <br><br> **Discover Business Member/Sam's Club** <br> **2101 S.E. Simple Savings Dr.** <br> **Bentonville, AR 72716-0745** | - | | | | | | **Unknown** |
| Account No. **xxxxxxxx4475** <br><br> **Discover Fin** <br> **PO Box 15316** <br> **Wilmington, DE 19850** | - | | Opened  4/01/04 <br> Credit Card | | | | **8,065.00** |
| Account No. **xxxxxxxxx3920** <br><br> **Dsnb Macys** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | - | | Opened  8/01/09 <br> Charge Account | | | | **592.00** |
| Account No. **xxxxxxxxxxx8134** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | - | | Opened 11/03/09 <br> Credit Card | | | | **458.00** |
| Account No. <br><br> **Gilberg S. Burton** <br> **c/o Michael B. Elman, Esq.** <br> **10 S. LaSalle St., #1420** <br> **Chicago, IL 60603** | X - | | | | | | **6,780.08** |

Sheet no. __5___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,895.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marina Meltser**                                                      ,      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Howard Kenneth d/b/a Integrity Wind**<br>**2210 Magnolia Court West**<br>**Buffalo Grove, IL 60089** | - | | | | | X | 2,750.00 |
| Account No. **xxxxxxx2370** <br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | Opened 5/01/04 Last Active 11/01/09<br>CreditCard | | | | 1,602.00 |
| Account No. **xxxxxxxx0873** <br><br>**Hsbc/Menards**<br>**PO Box 15521**<br>**Wilmington, DE 19805** | - | | Opened 9/01/02<br>Charge Account | | | | 854.00 |
| Account No. **xxxxxx4635** <br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | - | | Opened 2/22/11<br>Factoring Company Account Citifinancial | | | | 3,079.00 |
| Account No. **xxx8680** <br><br>**Miramedrg**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | - | | Opened 6/01/11<br>Medical | | | | 563.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,848.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marina Meltser**                                                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6318** <br><br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | | - | Opened 11/01/03  Last Active 12/01/09<br>Other | | | | 54.00 |
| Account No. **xx8063** <br><br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | | - | Opened  2/01/07  Last Active 12/01/09<br>Other | | | | 24.00 |
| Account No. **xxxx -xxxxxxxxxx1861** <br><br>**Portfolio**<br>**120 Corporate Blvd, Ste 100**<br>**Norfolk, VA 23502** | | - | Opened 12/01/10  Last Active 12/01/09 | | | | 1,915.00 |
| Account No. **xxxxxxx46-CE** <br><br>**RMS**<br>**77 Hartland St., Ste. 401**<br>**PO Box 280431**<br>**East Hartford, CT 06128-0431** | X | - | Collection for Travelers Indemnity Co. | | | | 229.00 |
| Account No. **xxxxxxxxxxx8698** <br><br>**Shell/Citi**<br>**6400 Los Colinas Blvd**<br>**Irving, TX 75039** | | - | Opened 12/04/06<br>Credit Card | | | | 1,593.00 |

Sheet no. __**7**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,815.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marina Meltser**                                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **The Creekside Partnership** **6043 North Cicero Ave** **Chicago, IL 60646** | - | | | | | X | | **Unknown** |
| Account No. **xxxxxx6468** | | | | Opened  9/01/05 AutoLease | | | | |
| **Usbank** **P.O. Box 5210** **Cincinnati, OH 45201** | - | | | | | | | **2,820.00** |
| Account No. **xxxxxxxxxxxx6763** | | | | Opened  2/01/08 Charge Account | | | | |
| **Wffnatbank** **PO Box 94498** **Las Vegas, NV 89193** | - | | | | | | | **3,733.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**8**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,553.00**

Total
(Report on Summary of Schedules)        **118,686.03**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Marina Meltser**                                                                    Case No. _____

_____   Chapter   **7**   _____
                                Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May  5, 2013**_____   Signature   **/s/ Marina Meltser**_____

**Marina Meltser**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marina Meltser** _____    Case No. _____

_____ Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................    $    **1,400.00**

    Prior to the filing of this statement I have received ...........................    $    **1,400.00**

    Balance Due ........................................................................................    $    **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **May  5, 2013** _____    **/s/ Alex Pirogovsky** _____
                                                      **Alex Pirogovsky 6256978**
                                                      **Pirogovsky Fremderman, Ltd.**
                                                      **3000 Dundee Road**
                                                      **Suite 318**
                                                      **Northbrook, IL 60062**
                                                      **(847) 465-9800  Fax: (847) 580-4951**
                                                      **alex@pflaw1.com**

PIROGOVSKY FREMDERMAN, LTD.
3000 DUNDEE ROAD
SUITE 318
NORTHBROOK, IL 60062
847.465.9800
attorneys@pflaw1.com

ALEX PIROGOVSKY
DIRECT 847.849.1349
FAX 847.580.4951
alex@pflaw1.com

ALEKSANDRA E. FREMDERMAN
DIRECT 847.791.7357
FAX 847.239.7445
aleksandra@pflaw1.com

May 1, 2013

Ms. Marina Meltser
619 Cobblestone Ln.
Buffalo Grove, IL  60089

### RE:   Engagement Agreement

Dear Ms. Meltser:

Thank you for the opportunity to represent you in connection with your bankruptcy matter. This letter will serve as my initial retention letter. It confirms the basic terms of Pirogovsky Fremderman, Ltd.'s ("PFLaw's") professional relationship with you.

### Legal Services

Pirogovsky Fremderman, Ltd. ("PFLaw"), through me, will perform legal services in connection with your Chapter 7 bankruptcy filing. The legal services will include all aspects of the bankruptcy case under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case") EXCEPT representation in connection with any adversary proceedings that may be brought against you, which will not be provided hereunder. In the event that an adversary proceeding is brought against you, you will need to retain me, or other counsel, separately to represent you in connection with such adversary proceeding.

### Advance Payment Retainer

In exchange for the above, concurrently with the execution of this letter, you will make a payment to me of $1,400.00 for legal fees and related out-of-pocket expenses, which includes $306.00 for the Chapter 7 filing fee. PFLaw acknowledges the receipt of $300.00 of such amount on April 29, 2013. This payment will be an advance payment retainer ("Advance Retainer"). The Advance Retainer will cover all services and expenses related to your Chapter 7 case except as provided in the Legal Services section above. The Advance Retainer will be deposited in PFLaw's operating account, not in the firm's client trust account, and will be property of PFLaw upon receipt. In the event that you terminate my services prior to the filing of the Chapter 7 case, the unused portion of the Advance Retainer, if any, will be returned to you.

Ms. Marina Meltser
May 1, 2013
Page Two

An advance payment retainer consists of a present payment to a lawyer in exchange
for the commitment to provide legal services in the future. Ownership of the
retainer passes to the lawyer immediately upon payment. The lawyer deposits the
retainer into his or her general account rather than into a trust account. Two other
types of retainers are recognized in Illinois. Unlike the advance payment retainer, a
general retainer is paid by a client to a lawyer to secure the lawyer's availability
during a specified time period or for a specified matter. This type of retainer is
earned when paid and immediately becomes property of the lawyer, regardless of
whether the lawyer ever actually performs any services for the client. Under a
security retainer, the funds paid to the lawyer are not present payment for future
services; rather, the retainer remains property of the client until the lawyer applies
it to charges that are actually rendered. Any unearned funds are refunded to the
client. The purpose of a security retainer is to secure payment of fees for future
services that the lawyer is expected to perform. The Illinois Rules of Professional
Conduct require that a security retainer be deposited in a trust account and kept
separate from the lawyer's own property.

As a prospective client of PFLaw you have the option to direct that the $1,806.00
retainer which PFLaw is requesting be treated as a security retainer. The choice
between a security retainer and an advance payment retainer is yours alone. Please
be advised, however, that funds paid as a security retainer are subject to the claims
of your creditors. Because of your current financial position, I believe there is a
significant risk that one or more of your creditors could assert a claim to a security
retainer if you were to pay PFLaw such a retainer. The firm is unwilling to accept
such a risk and is, therefore, unwilling to represent you if you choose to treat the
$1,400.00 retainer which I have requested as a security retainer.

If the foregoing arrangement is acceptable to you, please indicate so by signing and
returning a copy of this letter to me with payment, which must be made in full prior
to the filing of the Chapter 7 Case.

If you have any questions, please do not hesitate to contact me.

Yours very truly,

Alex Pirogovsky
AP/tp

Terms acknowledged and accepted:

Ms. Marina Meltser                    05.01.13
                                      Date

Advanced Radiology Consultants
520 E. 22nd St.
Lombard, IL 60148


American Collections
919 Estes Ct
Schaumburg, IL 60193


Amex
P.O. Box 981537
El Paso, TX 79998


Amex
PO Box 297871
Fort Lauderdale, FL 33329


Amex
PO Box 26312
Lehigh Valley, PA 18002


Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099


Asset Acceptance Llc
Po Box 1630
Warren, MI 48090


Bank Of America
PO Box 982235
El Paso, TX 79998


Bk Of Amer
4060 Ogletown/Stan De5-019-03-07
Newark, DE 19713


Blatt Hasenmiller
125 S. Wacker Dr.
Ste. 400
Chicago, IL 60606


Bmo Harris Bank
PO Box 94034
Palatine, IL 60094

Cach, Llc
4340 S Monaco St Unit 2
Denver, CO 80237


Cap One
PO Box 30281
Salt Lake City, UT 84130


Cap One
PO Box 85520
Richmond, VA 23285


Chase
Bank One Card Serv
800 Brooksedge Blvd.
Westerville, OH 43081


Citifinancial
PO Box 22065
Tempe, AZ 85285


Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202


Cyclone Services
c/o Joseph B. Taconi, Jr., Esq.
1807 N. Broadway
Melrose Park, IL 60160


Discover Business Member/Sam's Club
2101 S.E. Simple Savings Dr.
Bentonville, AR 72716-0745


Discover Fin
PO Box 15316
Wilmington, DE 19850


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

East-West Trading Assoc.
570 Lake Cook Rd.
#318
Deerfield, IL 60015


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Flagstar Bk
5151 Corporate Drive
Troy, MI 48098


Freedman Anselmo Lindberg
PO Box 3228
Naperville, IL 60566


Gilberg S. Burton
c/o Michael B. Elman, Esq.
10 S. LaSalle St., #1420
Chicago, IL 60603


Howard Kenneth d/b/a Integrity Wind
2210 Magnolia Court West
Buffalo Grove, IL 60089


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc/Menards
PO Box 15521
Wilmington, DE 19805


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Miramedrg
991 Oak Creek Dr
Lombard, IL 60148


Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA 23502


Providnt Fnd
1235 N. Dutton Ave
Santa Rosa, CA 95401


RMS
77 Hartland St., Ste. 401
PO Box 280431
East Hartford, CT 06128-0431


Shell/Citi
6400 Los Colinas Blvd
Irving, TX 75039


The Creekside Partnership
6043 North Cicero Ave
Chicago, IL 60646


Toyota Motor Credit
1111 W. 22nd St.
Ste. 420
Oak Brook, IL 60523


Usbank
P.O. Box 5210
Cincinnati, OH 45201


Wffnatbank
PO Box 94498
Las Vegas, NV 89193